

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>RYAN DAVID LONGORIA,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:24-cr-00115-FWS-1<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __October 15__, __2024__, at __10:30__ ☒ a.m. / ☐ p.m. before the Honorable __Douglas F. McCormick__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __10-10-24__

_____
U.S. District Judge/Magistrate Judge
JOHN D. EARLY

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

CR-66 (10/97)                                                                 Page 1 of 1